```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  PETER WILLIAMS
    Special Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. NO. S-09-392 EJG |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| MUHAMMAD INAYAT, ) | RE: JUDGMENT AND SENTENCING |
| ISA CHICAGO WHOLESALE, ) | |
| ) | Date: 10/28/11 |
| Defendant. ) | Time: 10:00 a.m. |
| _____) | Court: Courtroom 8 |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant MUHAMMAD INAYAT and ISA CHICAGO WHOLESALE, through their undersigned counsel, Jay L. Kanzler, that the judgment and sentencing presently set for October 28, 2011 at 10:00 a.m. be continued to **February 24, 2012** at 10:00 a.m.

Both sides request this continuance so that the defendants may provide additional assistance to the government prior to being

////

////

1

sentenced.

IT IS SO STIPULATED.

Dated: October 26, 2011  /s/ Jay L. Kanzler
JAY L. KANZLER
Attorney for Defendants
 Muhammad Inayat and
 ISA Chicago Wholesale

Dated: October 26, 2011  BENJAMIN B. WAGNER
United States Attorney

by: /s/ R. Steven Lapham
R. STEVEN LAPHAM
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated: October 27, 2011  /s/ Edward J. Garcia
HON. EDWARD J. GARCIA
Senior United States District Judge