```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  PETER WILLIAMS
    Special Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2724
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )
                                )   CR. NO. S-09-392 EJG
12          Plaintiff,          )
                                )
13     v.                       )   STIPULATION AND ORDER
                                )   CONTINUING STATUS CONFERENCE
14  MUHAMMAD INAYAT,            )   RE: JUDGMENT AND SENTENCING
    ISA CHICAGO WHOLESALE,      )
15                              )   Date: 6/08/12
            Defendant.          )   Time: 10:00 a.m.
16  _____)   Court: Courtroom 8
17
```

18      IT IS HEREBY stipulated between the United States of America
19 through its undersigned counsel, Assistant United States Attorney R.
20 Steven Lapham, and defendant MUHAMMAD INAYAT and ISA CHICAGO
21 WHOLESALE, through their undersigned counsel, Jay L. Kanzler, that
22 the judgment and sentencing presently set for June 8, 2011 at 10:00
23 a.m. be continued to **September 7, 2012** at 10:00 a.m.

24      Both sides request this continuance so that the defendants may
25 provide additional assistance to the government prior to being
26 sentenced.  The continuance is also requested to permit the probation
27 officer to complete her Presentence Report.  Both parties are mindful
28 of the numerous continuance that have already been granted but

1

represent that, if the current request is granted, no further continuance will be necessary and that, barring any unforseen developments, sentencing should go forward on September 7, 2012.

IT IS SO STIPULATED.

Dated: June 6, 2012 /s/ Jay L. Kanzler
JAY L. KANZLER
Attorney for Defendants
Muhammad Inayat and
ISA Chicago Wholesale

Dated: June 6, 2012 BENJAMIN B. WAGNER
United States Attorney

by: /s/ R. Steven Lapham
R. STEVEN LAPHAM
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated: June 7, 2012 /s/ Edward J. Garcia
HON. EDWARD J. GARCIA
Senior United States District Judge