```
1   BENJAMIN B. WAGNER
    United States Attorney
2   R. STEVEN LAPHAM
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-09-392 WBS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING JUDGMENT AND SENTENCING |
| ISA CHICAGO WHOLESALE and ) MUHAMMAD INAYAT , ) | Date: 7/08/13 |
| Defendants. ) | Time: 9:00 a.m. |
| _____) | Court: Courtroom 5 |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant MUHAMMAD INAYAT and ISA CHICAGO WHOLESALE, through their undersigned counsel, Jay L. Kanzler, that the judgment and sentencing presently set for July 8, 2013 be continued to **August 19, 2013 at 9:30 a.m.**

This continuance is necessary to permit the defendant, MUHAMMAD INAYAT, time to obtain the necessary permission to return to this country for sentencing. He is currently in Canada. Ever since defendant INAYAT's visa expired some time ago, he has been required to obtain the permission of the United States in order to enter the

1

country for court appearances and other matters. The government was only recently alerted to the fact that it would need to process the necessary application and, as a consequence, there is insufficient time to obtain the necessary permission prior to the July 8 sentencing hearing.

IT IS SO STIPULATED.

Dated: July 3, 2013 /s/ Jay L. Kanzler
JAY L. KANZLER
Attorney for Defendants
Muhammad Inayat and
ISA Chicago Wholesale

Dated: July 3, 2013 BENJAMIN B. WAGNER
United States Attorney

by: /s/ R. Steven Lapham
R. STEVEN LAPHAM
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated: July 3, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE