| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | R. STEVEN LAPHAM<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMED INAYAT,<br>ISA CHICAGOWHOLESALE,<br><br>Defendants. | CASE NO. 2:09-CR-0392 WBS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING |

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant MUHAMMAD INAYAT and ISA CHICAGO WHOLESALE, through their undersigned counsel, Jay L. Kanzler, that the judgment and sentencing presently set for October 10, 2013 at 9:30 a.m. be continued to January 27, 2014 at 9:30 a.m.

Both sides request this continuance because the defendant continues to require a period of convalescence following two heart that he suffered earlier this year. Because the defendant resides in Toronto, Canada, requiring him to appear for sentencing would necessitate him traveling by air for several hours which, the parties agree, would be contrary to the medical advice given to him by his

Stipulation to Continue Sentencing      S1

doctors.

IT IS SO STIPULATED.

Dated: October 10, 2013          /s/ Jay L. Kanzler
                                 JAY L. KANZLER
                                 Attorney for Defendants
                                 Muhammad Inayat and
                                 ISA Chicago Wholesale


Dated: October 10, 2013          BENJAMIN B. WAGNER
                                 United States Attorney


                             by: /s/ R. Steven Lapham
                                 R. STEVEN LAPHAM
                                 Assistant U.S. Attorney




                        O R D E R



IT IS SO ORDERED.

Dated: October 11, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing                S2